UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

SHANE HYRONIMUS,
    Plaintiff

v.

DCD CHARTER, LLC,
    Defendant
_____/

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

### General Factual Allegations

1. The Plaintiff, SHANE HYRONIMUS, is a resident of Worthing, State of South Dakota.

2. The Defendant, DCD CHARTER, LLC, is a limited Liability Company, duly organized and existing under the laws of the State of Delaware, with a principal place of business in Stuart, Martin County, State of Florida.

3. Upon information and belief, none of the members or principals of the Defendant, DCD CHARTER, LLC, reside in South Dakota.

4. On or about May 28, 2020, the Defendant, DCD CHARTER, LLC, was doing business within the State of Florida.

5. On or about May 28, 2020, the Plaintiff, SHANE HYRONIMUS, was employed by the Defendant, DCD CHARTER, LLC.

6. On or about May 28, 2020, the Plaintiff, SHANE HYRONIMUS, was employed by the Defendant, DCD CHARTER, LLC, as a seaman, and a member of the crew of the M/Y AQUASITION.

7. On or about May 28, 2020, the Defendant, DCD CHARTER, LLC, owned the M/Y AQUASITION.

8. The Defendant, DCD CHARTER, LLC, chartered the M/Y AQUASITION from some other person or entity such that on or about May 28, 2020 the Defendant, DCD CHARTER, LLC was the owner pro hac vice of the M/Y AQUASITION.

9. On or about May 28, 2020, the Defendant, DCD CHARTER, LLC, operated the M/Y AQUASITION.

10. On or about May 28, 2020, the Defendant, DCD CHARTER, LLC, or the Defendant's agents, servants, and/or employees, controlled the M/Y AQUASITION.

11. On or about May 28, 2020, the M/Y AQUASITION was in navigable waters.

12. On or about May 28, 2020, while in the in the performance of his duties in the service of the M/Y AQUASITION, the Plaintiff, SHANE HYRONIMUS, sustained personal injuries, including, but not limited to, damage to the ligament(s), nerve(s) and/or bone(s) in his left wrist, while reassembling an air conditioning unit on the vessel.

13. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, SHANE HYRONIMUS, was exercising due care.

## Jurisdiction

14. This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §30104 , et. seq. (formerly §688 et. seq.).

15. Alternatively, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332, as there is complete diversity of citizenship and the matter in controversy

exceeds $75,000, and, alternatively, 28 U.S.C. §1333.

<u>COUNT I</u>
<u>SHANE HYRONIMUS v. DCD CHARTER, LLC</u>
(JONES ACT NEGLIGENCE)

16. The Plaintiff, SHANE HYRONIMUS, reiterates the allegations set forth in paragraphs 1 through 15 above.

17. The personal injuries sustained by the Plaintiff, SHANE HYRONIMUS, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees, including without limitation, in the following manners:

   a) by failing to provide the Plaintiff, SHANE HYRONIMUS, with a reasonably safe place to work;
   b) by failing to provide the Plaintiff, SHANE HYRONIMUS, with reasonably safe equipment to perform his job;
   c) by failing to provide the Plaintiff, SHANE HYRONIMUS, with the number of crew to perform his work in a reasonably safe manner;
   d) by failing to provide the Plaintiff, SHANE HYRONIMUS, with training, direction, instruction and/or supervision in reasonably safe ways to perform his job;
   e) in additional ways and respects as may be revealed during discovery and shown at trial.

18. As a result of said injuries, the Plaintiff, SHANE HYRONIMUS, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

19. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, SHANE HYRONIMUS, demands judgment against the Defendant, DCD CHARTER, LLC, in an amount to be determined by a jury, together with interest and costs.

COUNT II
SHANE HYRONIMUS v. DCD CHARTER, LLC
(GENERAL MARITIME LAW  -  UNSEAWORTHINESS)

20. The Plaintiff, SHANE HYRONIMUS, reiterates the allegations set forth in paragraphs 1 through 15 above.

21. The personal injuries sustained by the Plaintiff, SHANE HYRONIMUS, were due to no fault of his, but were caused by the Unseaworthiness of the M/Y AQUASITION, including, but not limited to, in the manners set forth in paragraph 17 above.

22. As a result of said injuries, the Plaintiff, SHANE HYRONIMUS has, suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

23. This cause of action is brought under the General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, SHANE HYRONIMUS, demands judgment against the Defendant, DCD CHARTER, LLC, in the amount in an amount to be determined by a jury, together with interest and costs.

COUNT III
SHANE HYRONIMUS v. DCD CHARTER, LLC
(GENERAL MARITIME LAW - MAINTENANCE and CURE)

24. The Plaintiff, SHANE HYRONIMUS, reiterates all of the allegations set forth in Paragraphs 1 through 15 above.

25. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, SHANE HYRONIMUS, has incurred and will continue to incur expenses for his maintenance and

cure.

WHEREFORE, the Plaintiff, SHANE HYRONIMUS, demands judgment against the Defendant, DCD CHARTER, LLC, in the amount to be determined by a jury, together with interest and costs, and punitive damages

/s/ Michael C. Black
Michael C. Black, Esquire
F.B.N. 0056162
mblack@marlaw.com
MICHAEL C. BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 305
Miami, Florida 33156
Telephone:   305-964-8792
Facsimile:   305-271-8302
*Counsel for Plaintiff, Shane Hyronimus*

To be admitted Pro Hac Vice:

/s/ Jonathan E. Gilzean
Jonathan E. Gilzean, Esquire
JGilzean@lattianderson.com
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
Telephone:   617-523-1000
Facsimile:   617-523-7394
*Counsel for Plaintiff, Shane Hyronimus*